IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WATERTON POLYMER PRODUCTS USA, LLC; WATERTON POLYMER PRODUCTS, LTD.,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>EDIZONE, LLC,<br><br>Defendant/Counterclaim Plaintiff. | VERDICT FORM<br><br>Case No. 2:12-CV-17 TS<br><br>District Judge Ted Stewart |

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
NOV 20 2014
D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

Please answer the following question from a preponderance of the evidence:

State the amount of reasonable royalty damages that you find will compensate Counterclaim Plaintiff for Counterclaim Defendants' infringement.

TOTAL $ 625,000.00

DATED: 11·20·14

_____
Foreperson